## Commonwealth *v.* Smith, Appellant.

 Submitted June 14, 1971. *Robert W. Geigley*, for appellant; *Merrill W. Kerlin*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Stanford, Appellant.

 Argued June 15, 1971. *John Harris*, Assistant Defender, with him *Andrea C. Levin* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *Norris E. Gelman*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.